P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>BEST WESTERN NORWALK INN LLC,<br><br>Defendant. | Case No: 2:22-cv-4689<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

     NOTICE IS HEREBY GIVEN that Plaintiff voluntarily dismisses the above case with prejudice. Each party to bear their own fees and costs.

     RESPECTFULLY SUBMITTED this 10th day of August, 2022.

                                      /s/ Peter Kristofer Strojnik
                                      Peter Kristofer Strojnik (242728)
                                      Attorneys for Plaintiff